No. 03-10774. ARMSTRONG v. GREENE, SUPERINTENDENT, GREAT MEADOW CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 03-10775. PEARSON v. INDIANA. Ct. App. Ind. Certiorari denied.

No. 03-10778. MATA v. AYERS, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03-10779. XIANGWEN WU v. SALT LAKE COUNTY COMMISSION ET AL. C. A. 10th Cir. Certiorari denied.

No. 03-10780. JAMES v. CHESNEY ET AL. C. A. 3d Cir. Certiorari denied.

No. 03-10781. BOSTIC v. DWYER, SUPERINTENDENT, SOUTHEAST CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 03-10782. BROWN v. INTERNAL REVENUE SERVICE ET AL. C. A. 5th Cir. Certiorari denied.

No. 03-10783. SENECA, AKA STRICKLAND v. HALLAHAN, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03-10784. ANDERSON v. YARBOROUGH, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03-10785. JACKSON v. UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF NEW YORK. C. A. 2d Cir. Certiorari denied.

No. 03-10786. MARTINI v. NEW JERSEY. Sup. Ct. N. J. Certiorari denied.

No. 03-10787. CLARK v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 03-10788. WHITEMAN v. DELAWARE. Sup. Ct. Del. Certiorari denied.

No. 03-10789. BROOKS v. WESTON, DISTRICT ATTORNEY FOR BIBB COUNTY, GEORGIA, ET AL. C. A. 11th Cir. Certiorari denied.